﻿Citation Nr: AXXXXXXXX
Decision Date: 07/31/20 Archive Date: 07/31/20

DOCKET NO. 190620-13480
DATE: July 31, 2020

REMANDED

Entitlement to an extension of a temporary total disability rating for right foot surgery necessitating convalescence, effective currently from September 12, 2018, through March 29, 2019, is remanded.

REASONS FOR REMAND

The Veteran served on active duty in the United States Navy from January 1992 to October 1993. This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a June 2019 rating decision of the Department of Veterans Affairs (VA) Regional Office (RO).

In a June 2019 VA Form 10182, Decision Review Request: Board Appeal, the Veteran elected the Direct Review docket. Therefore, the Board may only consider the evidence of record at the time of the RO decision on appeal. 38 C.F.R. § 20.301.

Entitlement to an extension of a temporary total disability rating for right foot surgery necessitating convalescence, effective currently from September 12, 2018, through March 29, 2019, is remanded.

A November 2018 rating decision granted the Veteran a temporary total (100 percent) disability rating for his residuals of right foot injury; this rating was effective from September 12, 2018, (the date of surgery) through November 30, 2018. A March 2019 rating decision extended the temporary total disability rating through March 29, 2019, with a 10 percent rating assigned effective April 1, 2019. In his appeal, the Veteran argues that the temporary total disability rating was discontinued prematurely.

38 C.F.R. § 4.30(a) provides for the assignment of a total disability rating, effective from the date of hospital admission or outpatient treatment and continuing for a period of one, two, or three months from the first day of the month following hospital discharge or outpatient release, if the treatment of a service-connected disability resulted in: (1) surgery necessitating at least one month of convalescence; (2) surgery with severe postoperative residuals such as incompletely healed surgical wounds, stumps of recent amputations, therapeutic immobilization of one major joint or more, application of a body cast, or the necessity for house confinement, or the necessity for continued use of wheelchair or crutches (regular weight-bearing prohibited); or (3) immobilization by cast, without surgery, of one major joint or more.

Under 38 C.F.R. § 4.30(b)(1), extension of an additional one, two, or three months beyond the initial three-month period may be made, subject to the guiding provisions under 38 C.F.R. § 4.30(a)(1) through (3), which are outlined above. Additionally, 38 C.F.R. § 4.30(b)(2) provides that an extension of one or more months up to six months beyond the initial six-month period may be made, subject to the guiding provisions under 38 C.F.R. § 4.30(a)(2) and (3). The regulation provides expressly, however, that such extension beyond the initial six-month period is granted upon approval of the Veterans Service Center Manager.

The evidence associated with the claims file demonstrates that the Veteran experienced significant pain following surgery. A March 2019 VA medical center (VAMC) podiatry letter indicated that the Veteran was undergoing “extensive, ongoing treatment” and would “need to continue to wear a cam walker to the right foot, until he is reevaluated on June 26, 2019.” An April 2019 VAMC pain management psychology record noted that the Veteran “currently is wearing a walking boot on R foot/leg and wears this all the time. He had a 2nd surgery on R foot on 9/12/2018 and he says this ‘made it worse.’” The pain management psychology record further reported that the Veteran had been working as a truck driver but was unable to do so because of his right foot. 

An April 2019 VAMC podiatry record indicated that the Veteran “has been using the cam boot which has made a substantial imiprovement [sic] when using the boot. Without the boot the patient has pain to the foot.” An April 2019 VAMC orthopedic consult noted that the Veteran had “been wearing a boot for the past 2-3 months of [sic] virtually eliminates his pain”; the orthopedic consult also reported that the Veteran “works as a truck driver but has been unable to do so due to his recent foot pain.” A May 2019 VAMC primary care record indicated that the Veteran was “Still wearing a cam walker boot due to pain.”

Overall, the claims file contains sufficient evidence to conclude that it is plausible the Veteran may be entitled to an extension of his temporary total disability benefits beyond March 29, 2019. Under the circumstances, this matter must be referred to the Veterans Service Center Manager to consider whether an extension of the Veteran’s temporary total disability benefits is warranted beyond the initial six-month period following the Veteran’s September 12, 2018 surgery.

The matter is REMANDED for the following action:

Refer the Veteran’s claim for an extension of a temporary total disability rating for right foot surgery necessitating convalescence, effective currently from September 12, 2018, through March 29, 2019, to the Veterans Service Center Manager for consideration under 38 C.F.R. § 4.40(b)(2), as to whether an extension of temporary 

 

total disability benefits beyond the initial six-month period is warranted.

 

 

M. H. HAWLEY

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board W. Ripplinger, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.